### VIRGINIA MARINE INSURANCE CO. *vs.* MILLAUDON.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

Where the loss of a vessel, occasioned by collission with a steam-boat, is shown to have been the result of accident, and not from misconduct or want of skill in the persons navigating the boat, her owners will not be liable.

This is an action to recover the sum of four thousand dollars, which the plaintiffs had paid for insurance on the brig Zipporah, which was run down whilst ascending the Mississippi river, to New-Orleans, by the steam-boat Natchez, owned by the defendant.

From the testimony, the district judge was clearly of opinion, the collission between the vessels was purely accidental, and that, consequently, the defendant was not liable, as owner. From judgment thus rendered, the plaintiffs appealed.

*Murphy, Grailhe* and *Shepherd,* for the plaintiffs.

*Benjamin, contra.*

*Martin, J.*, delivered the opinion of the court.

The plaintiffs are appellants from a judgment refusing to them a sum of money paid to the owner of the brig Zipporah, which they had insured, and which was lost on a collission with the defendant's steam-boat, through the ill conduct, want of skill, and mismanagement, as they allege, of the master and crew of the boat. Several questions of law have been raised, neither of which it is necessary we should examine, as we concur in the opinion expressed by the district judge, that the loss of the brig was occasioned by an accident, and does not appear to have resulted from any ill conduct, want of skill, or mismanagement of the persons employed by the defendant, to navigate his boat.

EASTERN DIST.
*May*, 1837.

Where the loss of a vessel, occasioned by collission with a steam-boat, is shown to be the result of accident, and not from misconduct or want of skill in the persons navigating the boat, her owners will not be liable.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.